**\*E-FILED 01-18-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR SAENZ; YEIMI MOLINA; and JOSE DELGADO,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>SITAANAND, INC. dba KUMUD GROCERIES; RAMDHUNI CORPORATION dba KUMUD GROCERIES; DHRUVNEAL, INC. dba KUMUD GROCERIES, GUJJU ENTERPRISE, INC. dba KORIANDER RESTAURANT; KALPESH PATEL; and DOES 1-10,<br><br>　　　　　Defendants. | No. C10-05150 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

This matter is set for an initial case management conference on January 18, 2011. However, no Joint Case Management Statement as required by Civil Local Rule 16-9. Additionally, no one has either consented or declined to proceed before a United States Magistrate Judge.

Accordingly, the initial case management conference is **continued to March 1, 2011, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **February 22, 2011**. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to

1  file a statement) for failure to prosecute (or defend) the action.

2  Additionally, **no later than February 22, 2011**, each party shall file either a consent or
3  declination to proceed before a United States Magistrate Judge.  The forms are available from
4  the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

5  SO ORDERED.

6  Dated:   January 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-05150-HRL Notice has been electronically mailed to:

Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen alpedersen@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.