*E-FILED 02-28-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR SAENZ; YEIMI MOLINA; and JOSE DELGADO,<br><br>              Plaintiffs,<br>   v.<br><br>SITAANAND, INC. dba KUMUD GROCERIES; RAMDHUNI CORPORATION dba KUMUD GROCERIES; DHRUVNEAL, INC. dba KUMUD GROCERIES, GUJJU ENTERPRISE, INC. dba KORIANDER RESTAURANT; KALPESH PATEL; and DOES 1-10,<br><br>              Defendants. | No. C10-05150 HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

This action was filed on November 12, 2010. The initial case management conference originally was set for January 18, 2011, but was continued by court order to March 1, 2011 because there was no indication that defendants had been served; no Joint Case Management Statement as required by Civil Local Rule 16-9; and no one had consented or declined to proceed before a United States Magistrate Judge. (See Docket No. 5, January 18, 2011 Order).

There is still no indication that defendants have been served. Indeed, other than the court's January 18, 2011 Order, there has been virtually no activity on the docket since this lawsuit was filed. Accordingly, this court will not hold an initial case management conference on March 1, 2011. Instead, plaintiffs' counsel Adam Wang and Adam Pedersen shall appear

before this court on **March 1, 2011, 1:30 p.m.** and show cause why this case should not be dismissed and why they should not be sanctioned for failure to prosecute and failure to comply with court orders.

SO ORDERED.

Dated: February 28, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:10-cv-05150-HRL Notice has been electronically mailed to:

2   Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3   Adam Lee Pedersen alpedersen@gmail.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.