**United States District Court**
For the Northern District of California

**\*E-FILED 08-23-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR SAENZ; YEIMI MOLINA; JOSE DELGADO; and ROCIO N. LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SITAANAND, INC. dba KUMUD GROCERIES; RAMDHUNI CORPORATION dba KUMUD GROCERIES; DHRUVNEAL, INC. dba KUMUD GROCERIES, GUJJU ENTERPRISE, INC. dba KORIANDER RESTAURANT; KALPESH PATEL; and DOES 1-10, <br><br> Defendants. | No. C10-05150 HRL <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this matter has settled. Accordingly, all deadlines and scheduled appearances are vacated.

**On or before October 7, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 18, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than October 11, 2011**. The joint statement shall state (1) the

1  status of the activities of the parties in finalizing settlement; and (2) how much additional time,
2  if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as
3  ordered, the Order to Show Cause hearing will be automatically vacated and the parties need
4  not file a joint statement in response to this Order.

   SO ORDERED.

Dated: August 23, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05150-HRL Notice has been electronically mailed to:

2  Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Adam Lee Pedersen     alpedersen@gmail.com

4  Mahesh Kumar Bajoria     mahesh@bajorialaw.com, assistant@bajorialaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.