**United States District Court**
For the Northern District of California

*E-FILED 09-28-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR SAENZ; YEIMI MOLINA; JOSE DELGADO; and ROCIO N. LOPEZ, | No. C10-05150 HRL |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| SITAANAND, INC. dba KUMUD GROCERIES; RAMDHUNI CORPORATION dba KUMUD GROCERIES; DHRUVNEAL, INC. dba KUMUD GROCERIES, GUJJU ENTERPRISE, INC. dba KORIANDER RESTAURANT; KALPESH PATEL; and DOES 1-10, | |
| Defendants. | |

Pursuant to the parties' stipulation of dismissal (Docket No. 24), it is so ordered. The court will retain jurisdiction for the purpose of enforcing the parties' settlement.

Dated: September 28, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05150-HRL Notice has been electronically mailed to:

2  Adam Wang    adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

3  Adam Lee Pedersen    alpedersen@gmail.com

4  Mahesh Kumar Bajoria    mahesh@bajorialaw.com, assistant@bajorialaw.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.